AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. **1:25-MJ-00205** |
| TEDRICK PERRY, JR. | ) |
| | ) |
| | ) |
| _Defendant(s)_ | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____September 9, 2024_____ in the county of _____Hamilton_____ in the
_____Southern_____ District of _____Ohio_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:

    See Affidavit

☑ Continued on the attached sheet.

_____
_Complainant's signature_

SA Devin Peugh, FBI
_Printed name and title_

Sworn and subscribed to before me by reliable electronic means, specifically, FaceTime video conference, in accordance with Fed. R. Crim. P. 4.1.

Date:   **Mar 11, 2025**
_____

_____
_Judge's signature_

City and state:   Cincinnati, Ohio        Hon. Stephanie K. Bowman, U.S. Magistrate Judge
_Printed name and title_

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **IN THE MATTER OF A CRIMINAL COMPLAINT AND ARREST WARRANT FOR: TEDRICK PERRY JR.; JUWUAN THOMAS; and JACORY FORD** | **Case No.   1:25-MJ-00205**<br><br>**Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL**
**COMPLAINT AND ARREST WARRANT**

I, Devin Peugh, being duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I make this affidavit in support of a criminal complaint and arrest warrant for Tedrick PERRY JR. ("PERRY"); Juwuan THOMAS ("THOMAS"); and Jacory FORD ("FORD") charging all three with bank robbery in violation of Title 18, U.S.C., §2113(a). This affidavit is submitted for the limited purpose of demonstrating probable cause to issue a criminal complaint and arrest warrant and therefore I have not revealed each and every fact I know about this investigation.

2.      I have been employed as a Special Agent of the Federal Bureau of Investigation ("FBI") since March of 2019, and am currently assigned to the Cincinnati Division.  While employed by the FBI, I have investigated federal criminal violations related to violent crime, drug trafficking, cybercrime, bank fraud, and money laundering.  I have gained experience through training at the FBI and everyday work relating to conducting these types of investigations.  As a federal agent, I am authorized to investigate violations of United States laws and to execute warrants issued under the authority of the United States.

1

3.     As a Special Agent with the FBI, I have participated in all aspects of investigations, including physical surveillance, installation and monitoring of GPS devices, execution of search warrants, arrests of subjects, and Title-III wiretap investigations.

4.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5.     Based on the facts as set forth in this affidavit, there is probable cause to believe that violations of Title 18, U.S.C., § 2113(a) have been committed by PERRY, THOMAS, FORD.

**<u>PROBABLE CAUSE</u>**

6.     As further described below, the FBI Southern Ohio Safe Streets Task Force (SOSSTF) and the Springfield Township Police Department (STPD) are conducting a criminal investigation of Tedrick PERRY Jr. ("PERRY"); Juwuan THOMAS ("THOMAS"), and Jacory FORD ("FORD") and other co-conspirators, both known and unknown, regarding possible violations of bank robbery, in violation of Title 18, U.S.C., § 2113(a).

7.     On or about September 9, 2024, Bank-1, located in Springfield Township, Ohio, detected a malfunction affecting Bank-1's ATM. As a result, an ATM technician was called to service the ATM. While servicing the ATM, the technician was approached from behind by two males wearing ski masks who took approximately $200,000 USD from the ATM. I have reviewed camera footage obtained from Bank-1 surrounding this incident. During that review, I observed the following:

     a.     On or about September 9, 2024, at approximately 8:36pm, two subjects, depicted below wearing a light-colored sweatshirt ("Subject-1") and dark colored

sweatshirt ("Subject-2"), exited a black sedan ("Subject Vehicle") across the parking lot from Bank-1's ATM. The subjects approached Bank-1's ATM, inserted a card into the ATM's card reader, and subsequently inserted an unknown foaming substance into the card reader which caused the ATM to malfunction. Subject-1 and Subject-2 then departed the vicinity of Bank-1's ATM.



b. At approximately 8:39pm, the Subject Vehicle parked in the vicinity of Bank-1.

c. At approximately 9:55pm, the ATM technician opened Bank-1's ATM to service the ATM.

d. At approximately 9:56pm, while the ATM technician serviced the ATM, the Subject Vehicle pulled behind the ATM technician, at which time Subject-1 and Subject-2 exited the Subject Vehicle and ran towards the ATM yelling "get the money." The ATM technician fled from the Subjects, who then grabbed four cash cassettes from the ATM and fled the scene in the Subject Vehicle.

8.     On or about September 10, 2024, the law enforcement received a call regarding a suspicious vehicle parked on the side of a residential street under a car cover. Law enforcement

identified the vehicle as a 2024 Honda Accord matching the Subject Vehicle. The Subject

Vehicle had bore Ohio temporary tag S243905. Law enforcement identified this temporary tag as

stolen and originally registered to a Toyota Sienna.

       9.     Law enforcement executed a search warrant for the Subject Vehicle. I have

reviewed the results from this search warrant and from that review have learned, among other

things, that the following items were located within the Subject Vehicle:

       a.  Texas license plate VKC4128

       b.  One pair of sunglasses resembling the pair worn by Subject-1 during the robbery

       c.  Two marijuana cigarette butts

       d.  One tube of disinfecting wipes

       10.    A query of a law enforcement license plate reader database for Texas license plate

VKC4128 identified photos of the Subject Vehicle bearing that license plate in Houston, TX on

September 5, 2024; Cincinnati, OH on September 9, 2024; and Indianapolis, IN on September 9,

2024.

       11.    During the search of the Subject Vehicle, law enforcement identified three sets of

fingerprints from the Subject Vehicle. These sets of fingerprints were identified as the

fingerprints of PERRY, THOMAS, and FORD. Law enforcement also collected DNA samples

from the Subject Vehicle and the items inside. The Hamilton County Crime Lab identified DNA

matching that of FORD on a sample taken from a marijuana cigarette butt found inside the Subject Vehicle.

12.  Law enforcement obtained a search warrant to AT&T for location data associated with the Subject Vehicle. I have reviewed the results from this search warrant and from that review have learned, among other things, the following:

    a.  On or about September 8, 2024, the Subject Vehicle's approximate location was Houston, TX.

    b.  Beginning on or about September 8, 2024, the Subject Vehicle traveled from Houston, TX, through Arkansas, to Cincinnati, Ohio. The Subject Vehicle appeared to make stops in Arkadelphia, AR, and Indianapolis, IN.

    c.  The Subject Vehicle was located in the Cincinnati area on September 9, 2024, at the approximate time of the robbery.

13.  Law enforcement obtained CCTV photographs from a Walmart located in Arkadelphia, AR. I have reviewed these photographs and from that review have learned, among other things, the following:

    a.  CCTV cameras captured PERRY, THOMAS, and FORD in a self-checkout lane.

    b.  CCTV cameras captured PERRY, THOMAS, and FORD purchasing a car cover, a tube of disinfecting wipes, and the sweatshirts worn by Subject-1 and Subject-2

5

during the robbery. Two snapshots from the CCTV footage of this transaction are included below:





14.     On or about September 11, 2024, an individual contacted the Springfield Township Police Department ("STPD") and identified himself as the owner of the Subject Vehicle. The individual indicated the Subject Vehicle was a rental which had been rented to PERRY on September 5, 2024. PERRY rented the vehicle using his ID and listed his telephone number as 832-279-8754 ("8754") on the rental agreement.

15.     Law enforcement obtained historical cell site information for telephone number 8754 via a search warrant to AT&T. I have reviewed the records obtained from this search

6

warrant and in that review observed the approximate location of telephone number 8754 travel from Houston, TX on September 8, 2024, to Cincinnati, OH on September 9, 2024, using the same approximate route as the Subject Vehicle.

16.     Through a law enforcement database, it was determined that THOMAS pawned an item at a pawn shop in 2024 and provided telephone number 346-574-5658 ("5658") during the transaction.

17.     Law enforcement obtained historical cell site information for telephone number 5658 via a search warrant to AT&T. I have reviewed the records obtained from this search warrant and in that review observed the approximate location of telephone number 5658 travel from Houston, TX on September 8, 2024, to Cincinnati, OH on September 9, 2024, using the same approximate route as the Subject Vehicle and telephone 8754.

18.     Following the robbery, law enforcement obtained records from Greyhound. These records indicated that THOMAS, PERRY, and FORD purchased Greyhound bus tickets departing from Columbus, OH on September 10, 2024, destined for Houston, TX. According to these records, THOMAS, PERRY, and FORD boarded the bus in Columbus and traveled to Indianapolis, IN.

19.     Based on evidence obtained in this investigation, I believe probable cause exists that PERRY, THOMAS, and FORD traveled to Cincinnati, OH and executed a robbery of an ATM belonging to Bank-1 in the Southern District of Ohio, in violation of Title 18, U.S.C., § 2113(a).

**REQUEST FOR SEALING**

20.     I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the

targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may give targets an opportunity to flee/continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, notify confederates, or otherwise seriously jeopardize the investigation.

Respectfully submitted,

Devin Peugh
Special Agent
Federal Bureau of Investigation

Sworn and subscribed to before me by reliable electronic means, specifically, FaceTime video conference, in accordance with Fed. R. Crim. P. 4.1, on March ___11___, 2025.

STEPHANIE K. BOWMAN
UNITED STATES MAGISTRATE JUDGE